UNITED STATES  DISTRICT COURT

Northern District of California

MYCKEL MITCHELL,                                     No. C 12-02665 MEJ

                        Plaintiff(s),                **ORDER RE: STATUS**
        v.

DIVERSIFIED COLLECTION SERVICES,
INC.,

                        Defendant(s).
_____/


        This matter is currently scheduled for a Case Management Conference on August 23, 2012.

However, as no joint statement has been filed, the Court VACATES the August 23 conference and

ORDERS the parties to file a status report by August 27, 2012.

        **IT IS SO ORDERED.**


Dated: August 20, 2012

                                                    _____
                                                    Maria-Elena James
                                                    Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California