UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MYCKEL MITCHELL,<br><br>             Plaintiff(s),<br>   v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>             Defendant(s). | No. C 12-02665 MEJ<br><br>**ORDER RE: STATUS** |

This matter is currently scheduled for a Case Management Conference on August 23, 2012. However, as no joint statement has been filed, the Court VACATES the August 23 conference and ORDERS the parties to file a status report by August 27, 2012.

**IT IS SO ORDERED.**

Dated: August 20, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge