G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
MYCKEL MITCHELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MYCKEL MITCHELL<br><br>Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive.<br><br>Defendants. | Case No.: C12-02665 MEJ<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety. It is respectfully requested that all pending hearings be taken off calendar.

DATED: October 23, 2012

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

GRANTED. All pending hearings shall be vacated.
Dated: 12/23/2012

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Maria-Elena James]

NOTICE OF SETTLEMENT