G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
MYCKEL MITCHELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCKEL MITCHELL;<br><br>      Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive.<br><br>      Defendants. | Case No. 3:12-cv-02665-MEJ<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive. |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Myckel Mitchell against Defendant Diversified Collection Services, Inc.; and DOES 1-10, inclusive, are dismissed, with prejudice. Plaintiff Myckel Mitchell and Defendant Diversified Collection Services, Inc. shall each bear their own costs and attorneys' fees.

///

1

2

3  Date: January 28, 2013

4  JUD ct Court,

5  North

IT IS SO ORDERED
Judge Maria-Elena James

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS–
3:12-cv-02665-MEJ

- 4 -